Henry Floyd BROWN, Appellant,

v.

UNITED STATES of America.

No. 16629.

United States Court of Appeals
Eighth Circuit.

Nov. 23, 1960.

Henry Floyd Brown, pro se.

William H. Webster, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Leave to prosecute appeal in forma pauperis denied; appeal docketed without payment of docket fee and dismissed as frivolous.

---

Richard Lee ELLIOTT, Appellant

v.

UNITED STATES of America.

No. 16631.

United States Court of Appeals
Eighth Circuit.

Nov. 25, 1960.

Richard Lee Elliott, pro se.

Roy W. Meadows, U. S. Atty., Des Moines, Iowa, for appellee.

PER CURIAM.

Leave to proceed in forma pauperis denied; appeal docketed without payment of docket fee and dismissed as frivolous.

---

Jesse McWHORTER, Appellant

v.

Dr. Russell O. SETTLE, Warden, etc.

No. 16630.

United States Court of Appeals
Eighth Circuit.

Nov. 23, 1960.

Jesse McWhorter, pro se.

Edward L. Scheufler, U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Leave to proceed in forma pauperis denied; appeal docketed without payment of docket fee and dismissed as frivolous.

---

Charles GREATHOUSE, Appellant

v.

UNITED STATES of America.

No. 16632.

United States Court of Appeals
Eighth Circuit.

Nov. 25, 1960.

Charles Greathouse, pro se.

Roy Meadows, U. S. Atty., Des Moines, Iowa, for appellee.

PER CURIAM.

Leave to proceed in forma pauperis denied; appeal docketed without payment of docket fee and dismissed as frivolous.